UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:   ERIC DANIEL LEE                           Case No.: 04-14549
         GINA MARIE LEE

         Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Robert A. Brothers, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/11/2004.

2) This case was confirmed on 02/02/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/16/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/05/2009.

6) Number of months from filing to the last payment: 58

7) Number of months case was pending: 65

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   27,850.00

10) Amount of unsecured claims discharged without payment $   963.00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 68,443.32 |
| Less amount refunded to debtor | $ 612.12 |
| **NET RECEIPTS** | $ 67,831.20 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,900.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 3,791.26 |
| Other | $ 54.70 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,745.96 |
| Attorney fees paid and disclosed by debtor | $ 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTRYWIDE HOME LOA | SECURED | 109,000.00 | .00 | 1,447.44 | 1,447.44 | .00 |
| CHASE MANHATTAN | SECURED | 19,229.00 | .00 | 11,250.00 | 11,250.00 | 313.15 |
| CONNEXUS CREDIT UNIO | SECURED | 8,667.00 | .00 | 8,372.65 | 8,372.65 | 233.05 |
| AMERICAN GENERAL FIN | SECURED | 6,500.00 | .00 | 1,200.00 | 1,200.00 | 30.32 |
| eCAST SETTLEMENT COR | UNSECURED | 2,911.00 | .00 | 2,910.60 | 2,910.60 | .00 |
| CONNEXUS CREDIT UNIO | SECURED | 9,856.00 | .00 | .00 | .00 | .00 |
| CONNEXUS CREDIT UNIO | UNSECURED | 1,663.00 | .00 | 1,646.01 | 1,646.01 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 356.00 | .00 | 383.44 | 383.44 | .00 |
| GE CAPITAL | UNSECURED | 2,159.00 | .00 | 2,218.55 | 2,218.55 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 1,200.00 | .00 | 633.34 | 633.34 | .00 |
| CHASE MANHATTAN | UNSECURED | NA | .00 | .00 | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 5,000.00 | .00 | 4,864.06 | 4,864.06 | .00 |
| WORLD FINANCIAL NTWR | UNSECURED | NA | .00 | .00 | .00 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 1,000.00 | .00 | 999.99 | 999.99 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 2,927.00 | .00 | 2,893.53 | 2,893.53 | .00 |
| CHASE MANHATTAN | UNSECURED | NA | .00 | 8,238.67 | 8,238.67 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 2,211.00 | .00 | 2,232.57 | 2,232.57 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 6,559.00 | .00 | 5,484.62 | 5,484.62 | .00 |
| eCAST SETTLEMENT COR | UNSECURED | 326.00 | .00 | 360.30 | 360.30 | .00 |
| UNION FEDERAL SAVING | UNSECURED | 500.00 | .00 | 551.83 | 551.83 | .00 |
| CAPITAL ONE | UNSECURED | 5,611.00 | .00 | 5,821.12 | 5,821.12 | .00 |
| CAPITAL ONE | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| CREDIT COUNSELORS CO | UNSECURED | 100.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.========================================================================.
| **Scheduled Creditors:**                                               |
|                                                                        |
| Creditor                 Claim        Claim        Claim   Principal   Int.    |
|   Name          Class    Scheduled    Asserted     Allowed   Paid      Paid    |
|                                                                        |
| DR MARK RICHARDS     UNSECURED       50.00        NA          NA         .00        .00  |
| INDIANA GASTROENTERO UNSECURED       72.00        NA          NA         .00        .00  |
| NORTHWEST RADIOLOGY  UNSECURED       18.00        NA          NA         .00        .00  |
| ST VINCENT HOSPITAL  UNSECURED      650.00        NA          NA         .00        .00  |
.========================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

```
=================================================================
 Summary of Disbursements to Creditors:

                                        Claim        Principal       Int.
                                        Allowed       Paid           Paid
 Secured Payments:
     Mortgage Ongoing                         .00          .00          .00
     Mortgage Arrearage                  1,447.44     1,447.44          .00
     Debt Secured by Vehicle                  .00          .00          .00
     All Other Secured                  20,822.65    20,822.65       576.52
 TOTAL SECURED:                         22,270.09    22,270.09       576.52

 Priority Unsecured Payments:
     Domestic Support Arrearage               .00          .00          .00
     Domestic Support Ongoing                 .00          .00          .00
     All Other Priority                       .00          .00          .00
 TOTAL PRIORITY:                              .00          .00          .00

 GENERAL UNSECURED PAYMENTS:            39,238.63    39,238.63          .00
=================================================================

=================================================================
 Disbursements:

     Expenses of Administration       $    5,745.96
     Disbursements to Creditors       $   62,085.24

 TOTAL DISBURSEMENTS:                  $   67,831.20
=================================================================
```

12)　The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:　01/08/2010　　　　　　　　　　　　　　/s/ Robert A. Brothers
　　　　　　　　　　　　　　　　　　　　　　　　Robert A. Brothers,  Chapter 13 Trustee

**STATEMENT**　: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**